IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CYNTHIA MACIAS-MARTINEZ | No. 3:20-cr-00353-L |

## INFORMATION

The United States Attorney Charges:

### Count One
Sale of Wildlife Taken in Violation of Federal Law
(Violation of 16 U.S.C. §§ 3372(a)(1), 3373(d)(1)(B))

From on or about June 7, 2017, through on or about April 26, 2019, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Cynthia Macias-Martinez**, did knowingly engage in conduct that involved the sale of wildlife, with a market value in excess of $350.00, that is: five (5) Ruby-throated Hummingbirds (*Archilochus colubris*); two (2) Black-chinned Hummingbirds (*Archilochus alexandri*); eighteen (18) Hummingbirds, either Ruby-throated or Black-chinned (*Archilochus*); fifteen (15) Violet-crowned Hummingbirds (*Amazilia violiceps*); two (2) Plain-capped starthroat Hummingbirds (*Heliomaster constantii*); and one (1) Berylline Hummingbird (*Amazillia beryllina*); and did knowingly transport, sell, receive, and acquire said wildlife knowing that said wildlife were possessed, transported and sold in violation of and in a

manner unlawful under the laws and regulations of the United States, specifically, 16 U.S.C. §§ 703 and 707(b), and Title 50 C.F.R. Part 10 of the Migratory Bird Treaty Act.

All in violation of 16 U.S.C §§ 3372(a)(1) and 3373(d)(1)(B).

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
DOUGLAS BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
1100 Commerce Street, Suite 300
Dallas, Texas 75242-1699
Telephone: 214-659-8604
Email: douglas.brasher@usdoj.gov