IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| V. | § § | Case No. 3:20-CR-00353-L-1 |
| CYNTHIA MACIAS-MARTINEZ | § § § | |

## DEFENSE'S CERTIFICATION OF CLIENT CONSENT FOR ARRAIGNMENT (PLEA) VIA VIDEO TELECONFERENCE

Defendant, **CYNTHIA MACIAS-MARTINEZ**, through her counsel, David R. Scoggins, states the following:

Undersigned counsel in the above matter discussed with Defendant, Cynthia Macias-Martinez, the issue of a video Arraignment (plea) which is set before Magistrate Judge Toliver on Tuesday, August 18, 2020 at 11:00 a.m. Counsel explained to her that she has a right to an in-person Arraignment (plea) and also has a right to have her attorney physically present with her at the Arraignment (plea), but that she could also consent to proceed via video teleconference in light of the ongoing global pandemic.

After explaining these rights and options, Cynthia Macias-Martinez has informed undersigned counsel that she does wish to and agrees to proceed via video teleconference at her Arraignment (plea). She and her undersigned counsel are proficient with Zoom.

Respectfully submitted,

_____
DAVID R. SCOGGINS
Attorney for Defendant, Cynthia Macias-Martinez
6060 N. Central Expressway, Suite 500
Dallas, Texas 75206

(214) 336-0605
David@scogginslaw.com
State Bar of Texas Number 17885300
(214) 736-3855 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2020, I electronically filed the foregoing document with the Clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court which will automatically serve notice to the attorneys of record including Assistant United States Attorney Douglas Burton Brasher.

_____
DAVID R. SCOGGINS
Attorney for Defendant, Cynthia Macias-Martinez